```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
KIRIN VUPPALA,                                                         :
                                                                       :
                            Plaintiff,                                 :
                                                                       :      22 Civ. 1611 (JPC)
              -v-                                                      :
                                                                       :            ORDER
PARK PLACE GARAGE LLC, et al.,                                         :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 13, 2022, the Court ordered the parties to file a stipulation of dismissal or a status update by November 11, 2022. Dkt. 21. The parties did not file either document. Therefore, the parties shall file a stipulation of dismissal by November 22, 2022. If they have not filed the stipulation of dismissal by that date, they shall file a status update with the Court.

SO ORDERED.

Dated: November 16, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge